872

No. 71–6874. MITCHELL *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–6875. MORAN *v.* TUITION PLAN OF NEW HAMPSHIRE, INC. C. A. 3d Cir. Certiorari denied. ▮

No. 71–6876. BAILES ET UX. *v.* SOUTHERN FARM BUREAU CASUALTY INSURANCE CO. ET AL. Sup. Ct. La. Certiorari denied. ▮

No. 71–6878. ROBINSON *v.* MAMMOTH LIFE & ACCIDENT INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 71–6881. WILLIAMS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–6882. JAMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 71–6883. FAIR *v.* HODGES ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–6884. HUDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 71–6887. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–6889. MOORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6890. KARTSONIS *v.* DISTRICT UNEMPLOYMENT COMPENSATION BOARD. Ct. App. D. C. Certiorari denied. ▮

No. 71–6905. DOYAL *v.* DEPARTMENT OF THE TREASURY, BUREAU OF CUSTOMS, ET AL. C. A. 5th Cir. Certiorari denied. ▮